

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
Keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

March 14, 2016

*VIA E-MAIL*

Peretz Bronstein
Shimon Yiftach
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165

Re:   *Williams, et al. v. Apple Inc.*, No. 15-cv-07381 (E.D.N.Y.)
      **Defendant Apple Inc.'s Motion to Dismiss**

Dear Mr. Bronstein and Mr. Yiftach:

As you are aware, this office represents Defendant Apple Inc. ("Apple") in the above-referenced action.

Enclosed please find Apple's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, including the Notice of Motion and Memorandum of Law.

Pursuant to Judge Johnson's Individual Rules, we will file all motion papers via ECF when the motion is fully briefed. Please serve any responsive papers to this office.

Very truly yours,

Keara M. Gordon

Enclosures