# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697–6484
Fax (212) 697– 7296

Peretz Bronstein
Edward N. Gewirtz
Neil D. Grossman
Yitzchak E. Soloveichik
Shimon Yiftach

July 12, 2016

*Via email*

Keara M. Gordon
Raja Gaddipati
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020

Re: <u>Willams v. Apple Inc. (15-cv-07381, EDNY)</u>

Dear Ms. Gordon and Mr. Gaddipati:

      As you are aware, this firm represents Plaintiffs in the above-referenced action. I'm sending this letter to confirm that on July 1, 2016 my firm timely served on your office all documents related to Plaintiff's opposition to Apple's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint.  These documents include the following:

1. Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss, dated July 1, 2016; and
2. Declaration of Peretz Bronstein, Esq., dated July 1, 2016.

      Very truly yours,

      <u>/s/ Peretz Bronstein</u>
      Peretz Bronstein