September 4, 2020

**VIA ECF**

The Honorable Sterling Johnson, Jr.
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Lerman, et al. v. Apple Inc., 15-cv-07381* **(SJ) (LB) (E.D.N.Y.)**
**The Hearing on the Plaintiffs' Motion for Class Certification and the Parties'
Daubert Motions**

Dear Judge Johnson:

The parties jointly submit this letter to follow up on the Court's order of August 20, 2020 regarding the scheduling of the September 9, 2020 telephonic hearing on the plaintiffs' motion for class certification and the parties' four Daubert motions (the "Motions").

At the argument on the Motions, one or more parties will present a slide deck that depicts documents and testimony that is in the record on the Motions. Accordingly, the parties respectfully request guidance from the Court on how it would like those slide decks delivered in advance of the hearing, such as by e-mail or overnight delivery.

| | |
|---|---|
| Dated: New York, New York<br>September 4, 2020 | Respectfully submitted, |
| | |
| */s/Michael Grunfeld*_____ | */s/ Keara M. Gordon*_____ |
| Jeremy A. Lieberman | Keara M. Gordon |
| Michael Grunfeld | 1251 Avenue of the Americas |
| POMERANTZ LLP | New York, New York 10020 |
| 600 Third Avenue, 20th Floor | T  212.335.4500 |
| New York, New York 10016 | F  212.335.4501 |
| Telephone: (212) 661-1100 | E  keara.gordon@dlapiper.com |
| Facsimile:  (212) 661-8665 | |
| Email: jalieberman@pomlaw.com | |
| Email: mgrunfeld@pomlaw.com | |

| | |
|---|---|
| Peretz Bronstein<br>Eitan Kimelman<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Telephone: (212) 697-8209<br>Facsimile: (212) 697-7296<br>Email: peretz@bgandg.com<br>Email:ekimelman@bgandg.com<br><br>*Attorneys for Plaintiffs* | Raj N. Shah (admitted *pro hac vice*)<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>T  312.368.4000<br>F  312.236.7516<br>E  raj.shah@dlapiper.com<br><br>*Attorneys for Defendant*<br>*Apple Inc.* |

Cc:  The Honorable Magistrate Judge Lois Bloom