December 1, 2020

**VIA ECF**

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Lerman, et al. v. Apple Inc.,* **15-cv-07381 (SJ) (LB) (E.D.N.Y.)**
    **Proposed Discovery Schedule**

Dear Judge Johnson:

The parties write to follow-up on the status conference that Your Honor held in this action on November 19, 2020, to propose a discovery schedule for the merits phase of this action. The parties have continued to meet and confer concerning the amount of time each side will require for their respective discovery efforts and jointly request that the Court enter the following schedule related to merits discovery:

| Event | Date |
| --- | --- |
| **Fact Discovery** | |
| Substantial completion of document productions | Documents and information shall be produced on a rolling basis. Apple's production in response to the discovery requests that Plaintiffs served on October 22, 2020, shall be substantially complete by March 31, 2021.[1] |
| Conclusion of fact discovery (including depositions) | June 18, 2021 |

---

[1] Apple reserves the right, should the Second Circuit grant its Rule 23(f) petition, to move for a stay of this case pending appeal. Plaintiffs reserve the right to oppose any such request.

| **Expert Discovery** | |
|---|---|
| Plaintiffs identify experts | May 28, 2021 |
| Plaintiffs' expert reports | Non-damages – June 30, 2021 |
| | Damages – July 14, 2021 |
| Apple identifies experts | July 15, 2021 |
| Apple's expert reports | Non-damages – August 25, 2021 |
| | Damages – September 8, 2021 |
| Plaintiffs' reply expert reports | Non-damages – September 24, 2021 |
| | Damages – October 8, 2021 |
| Conclusion of expert discovery (including depositions) | November 1, 2021 |
| **Briefing** | |
| Summary judgment pre-motion conference request under Rule III.A of the Court's Individual Rules | November 12, 2021 |
| Response to summary judgment pre-motion conference request under Rule III.A of the Court's Individual Rules | November 19, 2021 |
| Summary Judgment, Decertification, & Daubert Briefing Schedule to be set in connection with summary judgment pre-motion conference | |
| Status Conference | Two weeks following close of briefing |

The parties are available to provide the Court with any additional information on these topics that the Court requests.

.

Dated: New York, New York
      December 1, 2020

Respectfully submitted,

/s/ *Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
T: (212) 661-1100
F: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mgrunfeld@pomlaw.com

Peretz Bronstein
Eitan Kimelman
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-8209
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
Email: ekimelman@bgandg.com

*Counsel for Plaintiffs and the Class*

/s/ *Keara M. Gordon*
Keara M. Gordon
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
T: (212) 335-4500
F: (212) 335-4501
Email: keara.gordon@dlapiper.com

Cc: The Honorable Magistrate Judge Lois Bloom

**SO ORDERED:**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
HON. STERLING JOHNSON, JR.