**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAIM LERMAN, ROSLYN WILLIAMS, and JAMES VORRASI, individually and on behalf of others similarly situated, | Hon. Sterling Johnson, Jr. |
| | Hon. Lois Bloom |
| Plaintiffs, | 15-cv-07381 (SJ) (LB) |
| v. | |
| APPLE INC., | |
| Defendant. | |

**NOTICE OF PLAINTIFFS' UNOPPOSED**
**MOTION FOR FINAL APPROVAL OF**
**<u>CLASS ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE tht pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Certifying Settlement Class; Granting Preliminary Approval of Class Action Settlement; and Approving Form and Content of Class Notice (Dkt. No. 157), Plaintiffs Chaim Lerman, Roslyn Williams and James Vorrasi (collectively "Plaintiffs"), by their undersigned counsel, respectfully move this Court for entry of an Order granting final approval of the proposed class action settlement.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Michael Grunfeld and the exhibits thereto, which are filed contemporaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion. Plaintiffs will file a proposed final order and judgment with their reply, to account fully for any requests for exclusion or objections received by the August 25, 2022 and August 29, 2022 deadlines.

Dated: August 11, 2022				Respectfully submitted,

				*/s/ Michael Grunfeld*
				Jeremy A. Lieberman
				Michael Grunfeld
				**POMERANTZ LLP**
				600 Third Avenue, 20th Floor
				New York, New York 10016
				Telephone: (212) 661-1100
				Facsimile: (212) 661-8665
				Email: jalieberman@pomlaw.com
				Email: mgrunfeld@pomlaw.com

				Peretz Bronstein
				Eitan Kimelman
				**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
				60 East 42nd Street, Suite 4600
				New York, New York 10165
				Telephone: (212) 697-8209
				Facsimile: (212) 697-7296
				Email: peretz@bgandg.com
				Email: eitank@bgandg.com

				*Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 11th day of August, 2022, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Michael Grunfeld*
                                                Michael Grunfeld